UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MAXINE DIANNE WILLIAMS | : | CASE NUMBER A18-55748-WLH |
| DEBTOR | : | |

**TRUSTEE'S SUPPLEMENTAL REPORT
FOLLOWING CONFIRMATION HEARING**

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on August 1, 2018:**

As to whether Debtor provided proof of July mortgage and homeowner's association payments

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

The Debtor has failed to provide proof of July mortgage and homeowner's association payments

*Please enter an Order of Dismissal*

This the 17th day of August, 2018.

　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　Ryan J. Williams,
　　　　　　　　　　　　　Attorney for Chapter 13 Trustee
　　　　　　　　　　　　　GA Bar Number 940874
　　　　　　　　　　　　　303 Peachtree Center Ave., NE
　　　　　　　　　　　　　Suite 120
　　　　　　　　　　　　　Atlanta, GA  30303
*/jlr*　　　　　　　　　　　(678) 992-1201

# CERTIFICATE OF SERVICE

Case No:  A18-55748-WLH

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
MAXINE DIANNE WILLIAMS
4369 ORCHARD PARK COURT
STONE MOUNTAIN, GA  30083

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 17th day of August, 2018.

/s/_____
   Ryan J. Williams
   Attorney for the Chapter 13 Trustee
   State Bar No. 940874
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201